450 A.2d 1038

Commonwealth v. McDowell, Appellant.

Submitted March 29, 1982. Thomas H. A. Gallagher, for appellant; Gerald B. Ingram, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Bernard Snyder is affirmed.